Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHAN CAMPTON**, | Case No. CV-09-12-LRS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **NCO FINANCIAL SYSTEMS, INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.

Notice of Settlement

Jon n. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Respectfully submitted this 10th day of March, 2009.

                                          <u>s/Jon N. Robbins</u>
                                          Jon N. Robbins
                                          WEISBERG & MEYERS, LLC
                                          Attorney for Plaintiff

Filed electronically on this 10th day of March, 2009, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 10th day of March, 2009 to:

Mr. Scott M. Ellerby, Esq.
Mills Meyers Swartling
1000 Second Ave, 30th Floor
Seattle WA 98104-1064


By: <u>s/Tremain Davis</u>
Tremain Davis

Notice of Settlement

Jon n. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com