Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHAN CAMPTON**, | ) Case No. CV-09-12-LRS |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS CASE** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties in the above titled action have stipulated to dismiss this case with prejudice without costs. This case has been settled amicably by the parties.

Dated this 9th day of April, 2009.

s/Jon N. Robbins                              s/Scott M. Ellerby
Jon N. Robbins                                Scott M. Ellerby
WEISBERG & MEYERS, LLC          Mills Meyers Swartling
Attorney for Plaintiff                           Attorney for Defendant

Stipulation to Dismiss Case with Prejudice

Jon n. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 9th day of April, 2009, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system on this 9th day of April, 2009 to:

5

6 | Mr. Scott M. Ellerby, Esq.
Mills Meyers Swartling
7 | 1000 Second Ave, 30th Floor
Seattle WA 98104-1064
8

9

10 | By: s/Tremain Davis
Tremain Davis

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Stipulation to Dismiss Case with Prejudice

Jon n. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com