UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN CAMPTON,<br><br>            Plaintiff,<br><br>   -vs-<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | NO.  CV-09-0012-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' "Stipulation to Dismiss Case With Prejudice" (Ct. Rec. 11) filed on April 9, 2009,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice pursuant to the stipulation of dismissal and the file be **CLOSED** in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of July, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL